■ IDEAL LEASING CORPORATION, Appellant, v. CONSOLIDATED FOODS CORP., as Successor by Merger to CONSOLIDATED STAMP MANUFACTURING Co., Defendant-Respondent and Third-Party Plaintiff, et al., Third-Party Defendant.— In an action to recover rentals allegedly owing under an equipment lease, plaintiff appeals from a judgment of the ·Supreme Court, Rockland County, entered March 2, 1973, in· favor of defendant against plaintiff, upon a directed jury verdict. Judgment reversed, on the law, and new trial granted on all issues as to all parties, with costs to abide the event. The appeal presented no questions of fact. There were questions of fact for determination by the jury. Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

■ In the Matter of EDWARD J. DEEGAN, Petitioner, v. LOUIS J. FRANK, as Commissioner of Police of the County of Nassau, Respondent.— Proceeding by a Nassau County police officer pursuant to article 78 of the CPLR to review a determination of the Police Commissioner of Nassau County, dated January 10, 1974, which, after a hearing, found petitioner guilty of two specifications of refusing to obey an order of a superior officer and one specification of failing to be respectful to a superior officer, and fined him a total of 15 days' ·pay. Determination modified, on the law, by reducing the fine to a total of five days' pay. As so modified, determination confirmed, without costs. In our opinion, the fines were excessive and an abuse of discretion to the extent indicated herein. Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.